594

EMINENT HOUSEHOLD OF COLUMBIAN WOODMEN *et al. v.* BRYANT; *et vice versa.*

GRICE, Justice. An examination of this record disclosing that the case involves, not the constitutionality of any law of this State or of the United States, but merely the application, in a general sense, of a stated provision of the constitution of the United States to a given state of facts and to the trial of this case; and there being no other ground giving this court jurisdiction, it follows that the same must be transferred to the Court of Appeals. Compare *Gulf Paving Co.* v. *Atlanta,* 149 *Ga.* 114 (99 S. E. 374); *Howell* v. *State,* 153 *Ga.* 201 (111 S. E. 675); *Dunn Motors Inc.* v. *General Motors Acceptance Cor.,* 174 *Ga.* 743 (163 S. E. 906); *American Mills Co.* v. *Doyal,* 174 *Ga.* 631 (163 S. E. 603); *Thompson* v. *State,* 174 *Ga.* 804 (164 S. E. 202); *Dennard* v. *State,* 176 *Ga.* 361 (168 S. E. 310); *Felker* v. *Still,* 176 *Ga.* 735 (169 S. E. 15); *Payne* v. *State,* 180 *Ga.* 609 (180 S. E. 130); *Southern Pacific Co.* v. *DiCristina,* 36 *Ga. App.* 433 (137 S. E. 79); *Western Union Telegraph Co.* v. *King,* 188 *Ga.* 95 (2 S. E. 2d, 909).

*Transferred to the Court of Appeals. All the Justices concur.*

Nos. 12988, 12989. SEPTEMBER 12, 1939.

*Heyman & Heyman,* and *Scott Fitzhugh,* for plaintiff in error. *Robert G. Plunkett* and *R. F. Scarborough,* contra.